UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 MAY 31 PM 3:32
NANCY M. MAYER WHITTINGTON
CLERK

Ann Powers
PLAINTIFF,

VS.

CIVIL ACTION NO. 07 0770 /JR

FREDERICK WILLIAM STUDINGER
DEFENDANT,

RECEIVED
MAY 31 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

APPEAL

NOW HEREBY COMES THE PLAINTIFF AND STATES:

#1 THAT THE DEFENDANT IS USING THE PLAINTIFF WRONGFULLY AND WITHOUT DUE COMPENSATION - "THE BILL OF RIGHTS". AMENDMENT V

#2 THE PLAINTIFF SEEKS "A GRAND JURY INDICTMENT" AGAINST THE DEFENDANT AND DAMAGES

DATED: MAY 31st, 2007

Ann Powers
1900 MASSACHUSETTS AVE.
S.E., LOT C
WA, DC 20003